UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:91-CR-181-T-17TGW

JEROME L. ISOM.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 804 | Motion to Terminate Supervised Release After Completion of One Year of Supervision Pursuant to Title 18 U.S.C. Sec. 3583(e)(1) |
| Dkt. 806 | Response |

Defendant Jerome L. Isom, pro se, moves for early termination of supervised release pursuant to 18 U.S.C. Sec. 3583(e)(1).

After a jury verdict of guilty on Counts 1, 2, 4, 7, 8, 9 and 14 of the Superseding Indictment, Defendant Jerome L. Isom was sentenced on October 5, 1992 to life imprisonment as to Counts 1, 2 and 4, concurrent; 20 years imprisonment as to Counts 7, 8, 9 and 14, concurrent; 5 years supervised release on Counts 1, 2 and 4, concurrent; 3 years supervised release on Counts 7, 8, 9, and 14, concurrent; and a special assessment fee of $350.00. (Dkts. 716-2, 716-16).

On June 12, 2008, Defendant Jerome L. Isom's term of imprisonment was reduced pursuant to Amendments 706 and 711 of the U.S. Sentencing Guidelines to 360 months imprisonment. (Dkts. 740, 741).

Case No. 8:91-CR-181-T-17TGW

On January 20, 2015, Defendant Jerome L. Isom's term of imprisonment was reduced from 360 months to 292 months imprisonment, or time served, whichever is greater. (Dkts. 792, 794).

Defendant Jerome L. Isom was released to supervised release on November 2, 2015.

Defendant Jerome L. Isom asserts that he has shown exemplary post-conviction adjustment by complying with all terms of supervision, including no drug use, fully obeying the law, and holding steady employment while supporting himself.

Neither the Government nor Defendant Isom's supervising Probation Officer object to Defendant Isom's Motion for Early Termination of Supervision.

Defendant Jerome L. Isom has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that pro se Defendant Jerome L. Isom's Motion to Terminate Supervised Release After Completion of One Year of Supervision Pursuant to Title 18 U.S.C. Sec. 3583(e)(1) (Dkt. 804) is **granted**.

Case No. 8:91-CR-181-t-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 15th day of April, 2019.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
U.S. Probation Office

<u>Pro</u> <u>Se</u> Defendant:

Jerome L. Isom
2803 95th Street
Palmetto, FL    34208